# **EXHIBIT 1**

Sign: "BOOZE AND BOOTY"

