| | |
|---|---|
| REBECCA BRUCH, ESQ. (SBN 7289)<br>ERICKSON, THORPE & SWAINSTON, LTD.<br>99 W. Arroyo Street<br>Reno, Nevada 89509<br>Tel. (775)786-3930<br>Fax. (775)786-4160<br>*Attorneys for Defendants* | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS HOF, an individual; CHERRY PATCH LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>NYE COUNTY; NYE COUNTY BOARD OF COUNTY COMMISSIONERS; DAN SCHINHOFEN (in his personal and official capacity as an employee of Nye County); NYE COUNTY SHERIFF'S OFFICE; SHARON WEHRLY (in her official capacity as an employee of Nye County); JANE DOE; and JOHN ROE,<br><br>Defendants. | CASE NO.: 2:18-cv-00211-RFB-GWF<br><br>**STIPULATION TO TAKE AUGUST 8, 2018 MOTION FOR TEMPORARY RESTRAINING ORDER HEARING OFF CALENDAR PENDING MEDIATION** |

Defendants NYE COUNTY, NYE COUNTY BOARD OF COMMISSIONERS, DAN SCHINHOFEN, NYE COUNTY SHERIFF'S OFFICE and SHARON WEHRLY, by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., and Plaintiffs DENNIS HOF and CHERRY PATCH LLC, hereby stipulate and request that the hearing on the Emergency Motion for Temporary Restraining Order ("Plaintiff's Motion") scheduled for August 8, 2018 at 3:00 p.m. (ECF No. 15) be taken off the calendar pending an upcoming mediation between the Parties. Counsel for the Parties have conferred via telephone and agree that early mediation to discuss a possible resolution of the issues raised by Plaintiff's Motion and the litigation is desirable and appropriate at this time. The Parties agree and stipulate to take the hearing currently set on Plaintiff's Motion off the calendar. Parties agree and stipulate to submitting a Joint Status Update after the mediation to inform the Court as to

1

whether the Parties have settled the case or alternatively need to reset the hearing on Plaintiff's Motion.

Further, Defendants' counsel is unavailable that particular week in August due to a family commitment that cannot be rescheduled. Thus, if for any reason, this stipulation to take the hearing off the calendar is not granted by the Court, the Parties stipulate and agree that the Court should reschedule the hearing.

The Parties hereby request the Court grant their request to take the hearing on Plaintiff's Motion off the calendar pending mediation and the Parties' Joint Status Update.

RESPECTFULLY SUBMITTED this 30 day of July, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ Rebecca Bruch_____
REBECCA BRUCH, ESQ. (SBN7289)
99 West Arroyo Street
Reno, Nevada 89509
*Attorneys for Defendants*

RANDAZZA LEGAL GROUP, PLLC

/s/ LaTeigra Cahill_____
MARC J. RANDAZZA, ESQ. (SBN12265)
LATEIGRA C. CAHILL, ESQ. (SBN14352)
2764 Lake Sahara Drive, Ste. 109
Las Vegas, Nevada 891107
*Attorneys for Plaintiffs*

IT IS SO ORDERED that the hearing on the Emergency Motion for Temporary Restraining Order scheduled for August 8, 2018 at 3:00 p.m. (ECF No. 15) is vacated pending mediation between the Parties and the submission of the Parties' Joint Status Update regarding the outcome of the mediation.

IT IS FURTHER ORDERED that [2] Emergency Motion for Temporary Restraining Order is Denied without prejudice to refiling.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: \_July 31, 2018_____

2