MARK WRAY, #4425
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Plaintiffs
SUZETTE COLE, THOMAS POTTER,
MARK WRAY, and CHERRY PATCH LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust; CHERRY PATCH LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY; NYE COUNTY BOARD OF COUNTY COMMISSIONERS; DAN SCHINHOFEN (in his personal and official capacity as an employee of Nye County); NYE COUNTY SHERIFF'S OFFICE; SHARON WEHRLY (in her official capacity as an employee of Nye County); JANE DOE; and JOHN ROE,<br><br>Defendants. | Case No. 2:18-cv-00211-RFB-GWF<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiffs Suzette Cole, Thomas Potter, and Mark Wray, as Trustees of Moundhouse – 2000 Trust and Cherry Patch LLC hereby substitute Mark Wray of the Law Offices of Mark Wray as counsel for themselves in place and stead of Randazza Legal Group, PLLC.

1

| | | |
|---|---|---|
| 1 | DATED: January 25, 2019 | SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust |

By __/s/ Suzette Cole_____
   SUZETTE COLE, Trustee

DATED: January 25, 2019    SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust

By __/s/ Thomas Potter_____
   THOMAS POTTER, Trustee

DATED: January 25, 2019    SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust

By __/s/ Mark Wray_____
   MARK WRAY, Trustee

DATED: January 25, 2019    CHERRY PATCH LLC

By __/s/ Suzette Cole_____
   SUZETTE COLE, Trustee

DATED: January 25, 2019    CHERRY PATCH LLC

By __/s/ Thomas Potter_____
   THOMAS POTTER, Trustee

2

DATED: January 25, 2019          CHERRY PATCH LLC


                                 By __/s/ Mark Wray_____
                                    MARK WRAY, Trustee


The undersigned consents to the above substitution.


DATED: January 25, 2019          RANDAZZA LEGAL GROUP, PLLC


                                 By __/s/ Marc Randazza_____
                                    MARC RANDAZZA, #12265
                                 4035 S. El Capitan Way
                                 Las Vegas, Nevada 89147
                                 (702) 420-2001
                                 (305) 437-7662 – Fax


The undersigned accepts the above substitution.


DATED: January 25, 2019          LAW OFFICES OF MARK WRAY


                                 By __/s/ Mark Wray_____
                                    MARK WRAY, #4425
                                 608 Lander Street
                                 Reno, Nevada 89509
                                 (775) 348-8877
                                 (775) 348-8351-Fax
                                 mwray@markwraylaw.com


                                 IT IS SO ORDERED:

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

                                 DATED: 01-28-2019

3