MARK WRAY, #4425
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Plaintiffs
SUZETTE COLE, THOMAS POTTER,
MARK WRAY, and CHERRY PATCH LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZETTE COLE, THOMAS POTTER, and MARK WRAY, as Trustees of Moundhouse – 2000 Trust; CHERRY PATCH LLC, a Nevada limited liability company, | Case No. 2:18-cv-00211-RFB-GWF |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | |
| NYE COUNTY; NYE COUNTY BOARD OF COUNTY COMMISSIONERS; DAN SCHINHOFEN (in his personal and official capacity as an employee of Nye County); NYE COUNTY SHERIFF'S OFFICE; SHARON WEHRLY (in her official capacity as an employee of Nye County); JANE DOE; and JOHN ROE, | |
| Defendants. | |

Plaintiffs Suzette Cole, Thomas Potter, and Mark Wray, as Trustees of

Moundhouse – 2000 Trust and Cherry Patch LLC, by and through their attorney, Mark

Wray, and Defendants Nye County, Nye County Board of County Commissioners, Dan

Schinhofen, Nye County Sheriff's Office, and Sharon Wehrly, by and through their

attorney, Rebecca Bruch of Erickson Thorpe & Swainston, Ltd., hereby stipulate that this case be dismissed, with prejudice, with each party to bear its own fees and costs.


DATED: February 8, 2019      LAW OFFICES OF MARK WRAY


By:_____*/s/ Mark Wray*_____
      MARK WRAY
Attorney for Plaintiffs
SUZETTE COLE, THOMAS POTTER, and
MARK WRAY, as Trustees of Moundhouse –
2000 Trust and CHERRY PATCH LLC


DATED: February 8, 2019      ERICKSON THORPE & SWAINSTON, LTD.


By:_____*/s/ Rebecca Bruch*_____
      REBECCA BRUCH, #7289
99 W. Arroyo St.
Reno, Nevada 89505
(775) 786-3930
Attorneys for Defendants
NYE COUNTY, NYE COUNTY BOARD OF
COUNTY COMMISSIONERS, DAN
SCHINHOFEN, NYE COUNTY SHERIFF'S
OFFICE and SHARON WEHRLY


### **ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of February, 2019.

2